E-filing

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT. 42 U.S.C 1983

NAME __WEAVER____WILLIE_____
     (LAST)    (FIRST)   (INITIAL)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
ENTER THE FULL NAMES OF PLAINTIFF IN THIS ACTION
VS.
FOOD SERVICE
CORRECTIONAL
OFFICER DANIAL
03/05/08

ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION

CASE NO. CV 08 1390 JW (PR)
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED.)

1 Exhaustion of Administrative Remedies

NOTE! YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD. THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.

A. PLACE OF PRESENT CONFINEMENT __P.S.__
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES ( ) NO ( ) LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

- 1 -

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( )   NO (X)

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE. _____
EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.
B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
PELICAN BAY STATE PRISON FOOD SERVICE, CORRECTIONAL OFFICER DANIAL 03/05/08

COMPLAINT   - 2 -

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS, OF YOUR CASE, BE SURE TO DECRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES, WHEN POSSIBLE DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES, IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBERED PARAGRAPH.

ON 03/05/08 THERE WAS NO LUNCH MEAT IN PLAINTIFF LUNCH BAG FOR PLAINTIFF THE CORRECTIONAL OFFICER DANIAL GAVE TO PLAINTIFF THAT MORNING, PLAINTIFF HAVE COMPLAINT(S) AGAINST THIS CORRECTIONAL OFFICER DANIAL, AND FOOD SERVICE ALSO, THIS IS RETALIATION, CONSPIRACY, HARRASSMENT THE DEFENDANT SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT, ON 03/05/08

IV. RELIEF
YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU MAKE NO LEGAL ARGUMENTS, CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 25,000 TWENTY FIVE THOUSAND DOLLARS DUE TO: HARRASSMENT, CONSPIRACY, U.S. CONSTITUTIONAL VIOLATION. PUNITIVE DAMAGES: 25,000$ DUE TO: MENTAL ANGUISH

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT

SIGNED THIS ___03___ DAY OF _05_ _20_08_

COMPLAINT        - 3 -