E-filing

FILED
'08 MAY -9 PM 12:54

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
                    Plaintiff,

vs.

PELICAN BAY STATE PRISON
                    Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, WILLIE WEAVER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____SACRAMENTO AIR PORT   300 WEEKLY_____
5  _____1300 MONTHLY_____
6  _____

7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

    a. Business, Profession or       Yes ___ No ✓
       self employment

    b. Income from stocks, bonds,    Yes ___ No ✓
       or royalties?

    c. Rent payments?                Yes ___ No ✓

    d. Pensions, annuities, or       Yes ___ No ✓
       life insurance payments?

    e. Federal or State welfare payments,  Yes ___ No ✓
       Social Security or other govern-
       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3. Are you married?                         Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1    b.   List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).

5    _____

6    _____

7    5.   Do you own or are you buying a home?         Yes ____  No ✓

8    Estimated Market Value: $_____  Amount of Mortgage: $_____

9    6.   Do you own an automobile?                    Yes ____  No ✓

10   Make _____ Year _____ Model _____

11   Is it financed? Yes ____ No ✓ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.   Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash? Yes ____ No ✓ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ____ No ✓

20   _____

21   8.   What are your monthly expenses?

22   Rent: $ _____  Utilities: _____

23   Food: $ _____  Clothing: _____

24   Charge Accounts:

25   Name of Account          Monthly Payment          Total Owed on This Acct.

26   _____          $ _____         $ _____

27   _____          $ _____         $ _____

28   _____          $ _____         $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16   03/31/08                          Willie Weaver
17     DATE                         SIGNATURE OF APPLICANT