**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   WILLIE EUGENE WEAVER,                )        No. C 08-01390 JW (PR)
                                          )
12                   Plaintiff,           )        JUDGMENT
                                          )
13         vs.                            )
                                          )
14   FOOD SERVICE, et al.,                )
                                          )
15                   Defendants.          )
                                          )
16   _____  )

17

18         Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42

19   U.S.C. § 1983.  On April May 22, 2008, the Court denied plaintiff's request to

20   proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g), and directed plaintiff to

21   pay the full filing fee within thirty days from the date the order was filed, *i.e.*, no

22   later than June 21, 2008.  Plaintiff was advised that failure to pay the full filing fee

23   in the time provided would result in the dismissal of the action without prejudice.

24         The deadline has since passed, and plaintiff has not paid the full filing fee.

25   This case is DISMISSED without prejudice.  Judgment is entered accordingly.

26

27   DATED: ____July 1, 2008____        _____
                                         JAMES WARE
28                                       United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.08\Weaver01390_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

           Plaintiff,

   v.

FOOD SERVICE, et al.,

           Defendants.

_____/

Case Number: CV08-01390 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____7/9/2008_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Eugene Weaver J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000

Dated: _____7/9/2008_____

                Richard W. Wieking, Clerk
              /s/ By: Elizabeth Garcia, Deputy Clerk